UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20469-CIV-DUBÉ

IN THE MATTER OF
THE EXTRADITION OF
JULIO E. VILLATORO-MONTEAGUDO
_____/

## ORDER TO CONTINUE EXTRADITION HEARING

THIS CAUSE is before the Court on Defendant Villatoro-Monteagudo's Second Unopposed Motion to Continue Extradition Hearing. (D.E. #27). After reviewing the motion and the file in this cause, and noting no objection to the relief requested, it is **ORDERED AND ADJUDGED** as follows:

The Second Unopposed Motion to Continue Extradition Hearing is **GRANTED**. This case set for a Final Extradition Hearing on April 3, 2008 is hereby **CONTINUED** to **Thursday, June 12, 2008 at 2:00 p.m.** before the Honorable Robert L. Dubé, United States Magistrate Judge at the David W. Dyer Federal Building and United States Courthouse, 300 N.E. First Avenue, **COURTROOM VII, First Floor**, Miami, Florida.

**DONE AND ORDERED** this ___ day of March, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc:  Harold E. Schimkat, AUSA
     Hector A. Dopico, AUSA
     Pretrial Services