UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20469-CIV-DUBÉ

IN THE MATTER OF
THE EXTRADITION OF
JULIO E. VILLATORO-MONTEAGUDO
_____/

## ORDER TO CONTINUE EXTRADITION HEARING

THIS CAUSE is before the Court on Defendant Villatoro-Monteagudo's Third Unopposed Motion to Continue Extradition Hearing. (D.E. #29). After reviewing the motion and the file in this cause, and noting no objection to the relief requested, it is **ORDERED AND ADJUDGED** as follows:

The Third Unopposed Motion to Continue Extradition Hearing is **GRANTED**. This case set for a Final Extradition Hearing on June 12, 2008 is hereby **CONTINUED** to **Friday, September 12, 2008 at 2:00 p.m.** before the Honorable Robert L. Dubé, United States Magistrate Judge at the James Lawrence King Federal Building and United States Courthouse, 99 N.E. Fourth Street, **COURTROOM III, Room 1104**, Miami, Florida.

**DONE AND ORDERED** this 9 day of June, 2008.

/s/ Robert L. Dubé
ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Harold E. Schimkat, AUSA
    Hector A. Dopico, AUSA
    Pretrial Services