UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20469-CIV-DUBÉ

IN THE MATTER OF
THE EXTRADITION OF
JULIO E. VILLATORO-MONTEAGUDO
_____/

## ORDER TO CONTINUE EXTRADITION HEARING

THIS CAUSE is before the Court on Defendant Villatoro-Monteagudo's Fourth Unopposed Motion to Continue Extradition Hearing. (D.E. #36). After reviewing the motion and the file in this cause, and noting no objection to the relief requested, it is **ORDERED AND ADJUDGED** as follows:

1)  Defendant Villatoro-Monteagudo's Fourth Unopposed Motion to Continue Extradition Hearing is **GRANTED**. This case set for a Final Extradition Hearing on October 15, 2008 is hereby **CONTINUED** to **Tuesday, October 28, 2008 at 2:00 p.m.** before the Honorable Robert L. Dubé, United States Magistrate Judge at the James Lawrence King Federal Building and United States Courthouse, 99 N.E. Fourth Street, **COURTROOM III, Room 1104**, Miami, Florida.

2)  Defendant Villatoro-Monteagudo shall have until Friday, October 17, 2008 to file a Reply to the Government's Response to Motion to Dismiss Extradition Proceeding.

**DONE AND ORDERED** this \_\_14\_\_ day of October, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Harold E. Schimkat, AUSA
    Hector A. Dopico, AUSA
    Pretrial Services